15 APR -3 PM 3:09

nP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JING WANG (1),<br><br>　　　　　Defendant. | Case No. 13cr3487-WQH<br><br>SECOND AMENDED ORDER OF CRIMINAL FORFEITURE |

On January 21, 2015, this Court entered its Amended Order of Criminal Forfeiture, which ordered that:

> [A]s a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JING WANG (1) and any and all third parties in the following property are hereby condemned, forfeited and vested in the United States of America: **$529,079.50 in U.S. Currency**.

Shortly thereafter, it came to the attention of the United States that one of the potential third parties was sent notice under an incorrect name, "Bing Yang" instead of "Bing Wang." Therefore, on January 22, 2015, Notice of Order of Forfeiture was sent again to this individual by registered mail as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Bing Wang<br>Liu Du Town<br>238300 WUWEI ANHUI<br>P.R. CHINA | RE 113919687 US | Registered receipt returned from China as "unclaimed" on 2/1/15. |

1  Well over thirty (30) days have passed following the final date of notice by
2  publication and notice by certified mail, and no third party has made a claim to or
3  declared any interest in the forfeited property described above.
4  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
5  that, as a result of the failure of any third party to come forward or file a petition for
6  relief from forfeiture as provided by law, all right, title and interest of JING
7  WANG (1) and any and all third parties in the following property are hereby
8  condemned, forfeited and vested in the United States of America:

**$529,079.50 in U.S. Currency**.

10  IT IS FURTHER ORDERED that any and all interest of the following persons
11  and entities are specifically terminated and forfeited to the United States of America
12  as to the above-referenced property:

13  Vera Wang
    Clearview Resources Ltd.
14  Bing Wang and
    Shuxiu Zhong.
15

16  IT IS FURTHER ORDERED that costs incurred by the United States
17  Marshals Service, the Federal Bureau of Investigation and any other governmental
18  agencies which were incident to the seizure, custody and storage of the property be
19  the first charge against the forfeited property.
20  IT IS FURTHER ORDERED that the United States Marshals Service shall
21  dispose of the forfeited property according to law.

22  DATED:
23  4/3/15

WILLIAM Q. HAYES, Judge
United States District Court